**FILED**

**NOV 18 2015**

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. 15-CR-30145-NJR |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Title 18, |
| | ) | United States Code, |
| | ) | Section 922(g)(1), and 1512(b)(1) |
| DAVID R. WILKEY, | ) | |
| | ) | Title 26, |
| Defendant. | ) | United States Code, |
| | ) | Section 5861(d) and 5871 |

## SUPERSEDING INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1

**Felon In Possession of a Firearm**

On or about August 2, 2015, in Randolph County, within the Southern District of Illinois,

**DAVID R. WILKEY,**

Defendant herein, having been previously convicted of a felony – namely, Unlawful Possession of a Weapon by a Felon, in violation of Illinois Compiled Statutes Chapter 720, Section 5/24-1.1(a), in Randolph County, Illinois Case No. 2008-CF-203, on or about March 13, 2009 – did knowingly possess, in and affecting commerce, a firearm – namely,

> a Smith & Wesson Model 622, .22 caliber semi-automatic handgun, bearing serial number UAE0509, loaded with twelve (12) rounds of .22 caliber ammunition;
>
> a Glock GMBH Model 22, caliber unknown, bearing serial number WXS286;
>
> a Glock Model 42, .380 caliber semi-automatic handgun, bearing serial number ABCR551, loaded with six (6) rounds of .380 caliber ammunition;
>
> a Ruger Model LCP, .380 semi-automatic handgun, bearing serial number 3714336721, loaded with six (6) rounds of .380 caliber ammunition;

a Glock GMBH Model 22, .40 caliber semi-automatic handgun, bearing serial number 017363DPD;

a Beretta S.P.A. Model PX4, . 40 caliber semi-automatic handgun, bearing serial number PY11102, loaded with fourteen (14) rounds of .40 caliber ammunition;

a Glock GMBH Model 35 Gen 4, . 9mm handgun, bearing serial number WLN330, loaded with seventeen (17) rounds of .40 caliber ammunition;

a Colt Match Target HBAR, .223 caliber rifle, bearing serial number CMH005862, loaded with thirty (30) rounds of .223 caliber ammunition;

a Ruger Model 10/22, . 22 caliber rifle, bearing serial number 240-16115, loaded with twenty-four (24) rounds of .22 caliber ammunition;

a Savage Model Axis, .243 caliber rifle, bearing serial number J378370;

a Remington Arms Company Model 511, .22 caliber rifle, with no serial number;

an Inglis Browning Canada Model MK1, .9mm handgun, bearing serial number 2T420;

all in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 2

### Possession of Unregistered Destructive Device

On or about August 2, 2015, in Randolph County, within the Southern District of Illinois,

**DAVID R. WILKEY,**

Defendant herein, did knowingly possess a firearm – namely, an explosive destructive device, more commonly known as a "pipe bomb," consisting of ignitable black powder contained within a sealed metal cylinder, with an attached fuse that is capable of igniting said powder – not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Section 5861(d) and 5871.

2

## COUNT 3

### Tampering With a Witness

On or about October 5, 2015, in Washington County and elsewhere, within the Southern District of Illinois,

**DAVID R. WILKEY,**

Defendant herein, did knowingly attempt to corruptly persuade A.W. and D.W. – namely, by sending correspondence addressed to A.W. and D.W. through the United States Mail, stating, "At least the Cousin that your Voluntary statement is going to send to Prison 'isn't that close.' This is the biggest pain I have suffered through the whole thing. Did you explain to derik Y his Cousin Wilks won't be around 4 20 years?" . . . "Thanks for letting me know that the ATF was investigating me and planned to indite me with your voluntary statements. . . . I would take a charge b 4 betraying my family, but not everyone has Morals and Dedication to family like the Wilkeys. I love all three of you, even if you are going to send me to prison 4 20 yrs." – with the intent to influence the testimony of A.W. and D.W. in an official proceeding – namely, trial in the case of *United States v. Wilkey*, Southern District of Illinois Case Number 15-30145-NJR; all in violation of Title 18, United States Code, Section 1512(b)(1).

### FORFEITURE OF FIREARMS

Upon Conviction of the offense alleged in Counts 1 and 2 of this indictment,

**DAVID R. WILKEY,**

shall forfeit to the United Sates pursuant to Title 18, United States Code, Sections 924(d) and 5872 and Title 28, United States Code, Section 2461(c), all firearms and any destructive device or its components, and ammunition involved in or used in any knowing violation of the offenses

3

described in this Indictment, including, but not limited, to the following:

    a Smith & Wesson Model 622, .22 caliber semi-automatic handgun, bearing serial number UAE0509, loaded with twelve (12) rounds of .22 caliber ammunition;

    a Glock GMBH Model 22, caliber unknown, bearing serial number WXS286;

    a Glock Model 42, .380 caliber semi-automatic handgun, bearing serial number ABCR551, loaded with six (6) rounds of .380 caliber ammunition;

    a Ruger Model LCP, .380 semi-automatic handgun, bearing serial number 3714336721, loaded with six (6) rounds of .380 caliber ammunition;

    a Glock GMBH Model 22, .40 caliber semi-automatic handgun, bearing serial number 017363DPD;

    a Beretta S.P.A. Model PX4, . 40 caliber semi-automatic handgun, bearing serial number PY11102, loaded with fourteen (14) rounds of .40 caliber ammunition;

    a Glock GMBH Model 35 Gen 4, . 9mm handgun, bearing serial number WLN330, loaded with seventeen (17) rounds of .40 caliber ammunition;

    a Colt Match Target HBAR, .223 caliber rifle, bearing serial number CMH005862, loaded with thirty (30) rounds of .223 caliber ammunition;

    a Ruger Model 10/22, . 22 caliber rifle, bearing serial number 240-16115, loaded with twenty-four (24) rounds of .22 caliber ammunition;

    a Savage Model Axis, .243 caliber rifle, bearing serial number J378370;

    a Remington Arms Company Model 511, .22 caliber rifle, with no serial number;

    an Inglis Browning Canada Model MK1, .9mm handgun, bearing serial number 2T420;

    an explosive destructive device, more commonly known as a "pipe bomb," consisting of ignitable black powder contained within a sealed metal cylinder, with an attached fuse that is capable of igniting said powder.

_____
STEPHEN B. CLARK
Assistant United States Attorney

_____
STEPHEN R. WIGGINTON
United States Attorney

Recommended Bond: DETENTION