IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | CRIMINAL NO.  15-CR-30145-NJR |
| vs. | ) | |
| | ) | |
| DAVID R. WILKEY, | ) | |
| | ) | |
| Defendant. | ) | |

## GOVERNMENT'S STATEMENT OF ELEMENTS AND PENALTIES

The United States of America, through United States Attorney Donald S. Boyce and Assistant United States Attorney Stephen Clark, and provides the following summary of the elements of the offenses, and the maximum penalties therefor:

### I.  Plea, Penalties, and Elements

1. The elements and maximum penalties for the crimes alleged in the Superseding Indictment are as follows:

### Count 1

| Statute | Charge | Elements | Maximum Penalties |
|---|---|---|---|
| 18 USC 922(g)(1) | Felon in Possession of Firearm | First, prior to date charged in the Indictment, Defendant had been convicted of a crime that was punishable by a term of imprisonment of more than one year;<br><br>Second, on the date of the charged possession, Defendant knowingly possessed a firearm;<br><br>Third, the firearm possessed by the Defendant had traveled in interstate commerce prior to Defendant's possession of it on the date charged. | 10 years' imprisonment or $250,000 fine, or both;<br>3 years' supervised release; and<br>A $100 special assessment |

## Count 2

| Statute | Charge | Elements | Penalties |
|---|---|---|---|
| 26 USC Sections 5861(d) and 5871 | Possession of an Unregistered Firearm/ Destructive Device – Explosive Bomb | 1. Defendant knowingly possessed a firearm, as defined in 26 USC 5845;<br>2. The firearm was a destructive device, as defined by statute – that is, an explosive bomb or similar device.<br>3. Defendant knew of the characteristics of the firearm – that is, that it was an explosive bomb or similar device;<br>4. The firearm was not registered to Defendant in the National Firearms Registration and Transfer Record. (It does not matter whether Defendant knew that the firearm was not so registered or that it had to be so registered). | 10 years' imprisonment or $250,000 fine, <u>or both</u>;<br>3 years' supervised release; and<br>A $100 special assessment |

## Count 3

| Statute | Charge | Elements | Penalties |
|---|---|---|---|
| 18 USC § 1512(b)(1) | Attempt to Tamper with a Witness | 1. Defendant attempted to corruptly persuade another person;<br>2. Defendant acted knowingly; and<br>3. Defendant acted with the intent to influence the testimony of any person in an official proceeding.<br><br>7th Cir. PJI p. 442 re 18 U.S.C. § 1512(b)(1) | 20 years' imprisonment or a $250,000 fine, or both;<br>3 years' supervised release; and<br>a $100 special assessment. |

2. The Government asserts that Defendant committed acts that satisfy each of the above elements of each offense listed above.

3. The Government intends to obtain forfeiture of the destructive device referenced in Count 2 of the Superseding Indictment. The destructive device is described as follows:

an explosive destructive device, more commonly known as a "pipe bomb," consisting of ignitable black powder contained within a sealed metal cylinder, with an attached fuse that is capable of igniting said powder.

4. The Government further intends to obtain forfeiture of the following firearms and all ammunition that was seized by law enforcement agents on August 2, 2015:

a Smith & Wesson Model 622, .22 caliber semi-automatic handgun, bearing serial number UAE0509, loaded with twelve (12) rounds of .22 caliber ammunition;

a Glock Model 42, .380 caliber semi-automatic handgun, bearing serial number ABCR551, loaded with six (6) rounds of .380 caliber ammunition;

a Ruger Model LCP, .380 semi-automatic handgun, bearing serial number 3714336721, loaded with six (6) rounds of .380 caliber ammunition;

a Glock GMBH Model 22, .40 caliber semi-automatic handgun, bearing serial number 017363DPD;

a Beretta S.P.A. Model PX4, .40 caliber semi-automatic handgun, bearing serial number PY11102, loaded with fourteen (14) rounds of .40 caliber ammunition;

a Glock GMBH Model 35 Gen 4, .9mm handgun, bearing serial number WLN330, loaded with seventeen (17) rounds of .40 caliber ammunition;

a Colt Match Target HBAR, .223 caliber rifle, bearing serial number CMH005862, loaded with thirty (30) rounds of .223 caliber ammunition;

a Ruger Model 10/22, .22 caliber rifle, bearing serial number 240-16115, loaded with twenty-four (24) rounds of .22 caliber ammunition;

a Remington Arms Company Model 511, .22 caliber rifle, with no serial number;

an Inglis Browning Canada Model MK1, .9mm handgun, bearing serial number 2T420;

a Glock GMBH Model 22, caliber unknown, bearing serial number WXS286;

a Savage Model Axis, .243 caliber rifle, bearing serial number J378370.

5. The following firearms, which are referenced in Count 1 of the Superseding Indictment, had been stolen prior to Defendant's possession of them on August 2, 2015 (as charged in Count 1 of the Superseding Indictment):

a Glock GMBH Model 22, caliber unknown, bearing serial number WXS286;

a Savage Model Axis, .243 caliber rifle, bearing serial number J378370;

**CRIMINAL HISTORY**

6. Defendant appears to have the following criminal history:

| SENTENCE DATE | CRIME; COURT; CASE NUMBER | DISPOSITION | GUIDELINE | SCORE |
|---|---|---|---|---|
| 2/19/99 | Possn. Liquor by Minor; Dwight IL P.D. #99-CM-72 | 8 hours' public service; 1 year court supervision. | 4A1.2(e)(3) | 0 pts. |
| 3/20/99 | Liquor Control Violation; Dewitt Co. IL P.D. | Fine & Costs | 4A1.2(e)(3) | 0 pts. |
| 11/2/01 | Ct. 1: Possn Drug Paraphernalia; Ct. 2: Possn/Consumption Liquor by Minor; Livingston IL P.D. #00-CM-950 | Ct. 1: 2 years' conditional discharge, 14 days' home confinement, costs and fine. Ct. 2 dismissed | 4A1.2(e)(3) | 0 pts. |
| 11/2/01 | Theft < $300; Livingston IL P.D. #01-CM-182 | 2 years' conditional discharge and 14 days' home confinement. | 4A1.2(e)(3) | 0 pts. |
| 3/15/02 | Ct. 1: Contributing to Delinquency of Minor; Ct. 2: Criminal Trespass to Land; Livingston IL P.D. #01-CM-816 | 1 year conditional discharge | 4A1.2(e)(3) | 0 pts. |
| 11/26/03 | Unlawful Use of Weapon; Kankakee Co. # 03-CF-76 | 1 year probation; fine and costs $1481. Ct. 1 (Aggravated Unlawful Use of Weapon/Vehicle) and Ct. 2 (Unlawful Sale of Firearm/Mental Patient were dismissed. | 4A1.2(e)(3) | 0 pts. |
| 5/18/05 | Ct. 1: Possession of Cannabis; | Judgment withheld; court supervision for 1 year; fine and costs. | 4A1.2E(3) | 0 pts. |

|  | Mersailles IL P.D. #05-CM-549 | Ct. 2 (Possession Drug Paraphernalia) dismissed |  |  |
|---|---|---|---|---|
| 9/11/08 | Ct. 3: Unlawful Possession of Weapon by Felon; Randolph Co. #08-CF-203 | 18 months' probation<br><br>Ct. 1 (Aggravated Battery to Person Over Age 60), and Ct. 2 (Aggravated Battery/Officer) were dismissed. | 4A1.1(c) | 1 pt. |
| | | | **TOTAL POINTS:  1** | |
| | | | **CRIMINAL HISTORY CATEGORY:  I** | |

                Respectfully Submitted,

                DONALD S. BOYCE
                United States Attorney


                s/*Stephen B. Clark*
                STEPHEN B. CLARK
                Assistant United States Attorney
                Nine Executive Drive
                Fairview Heights, IL  62208
                (618) 628-3700
                Fax:  (618) 628-3720
                E-mail:  Stephen.Clark@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CRIMINAL NO.  15-CR-30145-NJR |
| vs. | ) | |
| | ) | |
| DAVID R. WILKEY, | ) | |
| | ) | |
| Defendant. | ) | |

**Certificate of Service**

I hereby certify that on January 17, 2017, I caused to be electronically filed **GOVERNMENT'S STATEMENT OF ELEMENTS AND PENALTIES** with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

 William D. Stiehl, Jr
 2 Park Place Professional Centre
 Belleville, IL  62226,

and I hereby certify that on January 17, 2017, I caused to be mailed by United States Postal Service, the document(s) to the following non-registered participants:

        Respectfully submitted,

        DONALD S. BOYCE
        United States Attorney


        s/*Stephen B. Clark*
        STEPHEN B. CLARK
        Assistant United States Attorney
        Nine Executive Drive
        Fairview Heights, IL  62208
        (618) 628-3700
        Fax:  (618) 628-3720
        E-mail:  Stephen.Clark@usdoj.gov