IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | NO. 15-CR-30145-NJR |
| | ) | |
| DAVID R. WILKEY, | ) | |
| | ) | |
| Defendant. | ) | |

## GOVERNMENT'S STATEMENT OF FACTS

The United States of America, by and through its attorneys, states as follows:

1. Defense counsel has informed the Government that Wilkey intends to plead open, without a Plea Agreement or Stipulation of Facts, to Counts 1 and 2 of the Superseding Indictment.

2. The Government previously filed its Statement of Elements and Penalties (R. 54) on January 17, 2017.

3. The Government intends to dismiss Count 3 of the Superseding Indictment at sentencing so long as Defendant does not commit any criminal acts or acts inconsistent with acceptance of responsibility prior to or at sentencing.

4. If this case were to go to trial, the Government would prove the following facts beyond a reasonable doubt:

   A. On or about March 13, 2009, Defendant was convicted of a felony, punishable by more than one-year imprisonment – namely, Unlawful Possession of a Weapon by a Felon, in violation of Illinois Compiled Statutes Chapter 720, Section 5/24-1.1(a), in Randolph County, Illinois Case No. 2008-CF-203.

B. On or about August 2, 2015, in Randolph County, within the Southern District of Illinois, Defendant did knowingly possess the following firearms, which he knowingly kept and maintained at his residence in rural Randolph County, Illinois:

a Smith & Wesson Model 622, .22 caliber semi-automatic handgun, bearing serial number UAE0509, loaded with twelve (12) rounds of .22 caliber ammunition;

a Glock GMBH Model 22, caliber unknown, bearing serial number WXS286;

a Glock Model 42, .380 caliber semi-automatic handgun, bearing serial number ABCR551, loaded with six (6) rounds of .380 caliber ammunition;

a Ruger Model LCP, .380 semi-automatic handgun, bearing serial number 3714336721, loaded with six (6) rounds of .380 caliber ammunition;

a Glock GMBH Model 22, .40 caliber semi-automatic handgun, bearing serial number 017363DPD;

a Beretta S.P.A. Model PX4, .40 caliber semi-automatic handgun, bearing serial number PY11102, loaded with fourteen (14) rounds of .40 caliber ammunition;

a Glock GMBH Model 35 Gen 4, .9mm handgun, bearing serial number WLN330, loaded with seventeen (17) rounds of .40 caliber ammunition;

a Colt Match Target HBAR, .223 caliber rifle, bearing serial number CMH005862, loaded with thirty (30) rounds of .223 caliber ammunition;

a Ruger Model 10/22, .22 caliber rifle, bearing serial number 240-16115, loaded with twenty-four (24) rounds of .22 caliber ammunition;

a Savage Model Axis, .243 caliber rifle, bearing serial number J378370;

a Remington Arms Company Model 511, .22 caliber rifle, with no serial number;

an Inglis Browning Canada Model MK1, .9mm handgun, bearing serial number 2T420;

C. Defendant knew that he could not legally possess the above firearms because he had been previously convicted of a felony.

   D.  Each of the above firearms had been manufactured outside the state of Illinois and had therefore traveled in interstate commerce before Defendant possessed them on August 2, 2015.

   E.  Each of the above firearms was in working order and was capable of firing a projectile by action of explosive, as designed.

  5. On or about August 2, 2015, Defendant did knowingly possess a firearm, as defined in Title 26, United States Code, Section 5845 – namely, an explosive destructive device, consisting of ignitable black powder contained within a sealed metal cylinder, with an attached fuse that is capable of igniting said powder.

  6. Defendant knew of the above characteristics of the explosive destructive device, and Defendant knew that the device was in fact an explosive destructive device.

  7. The explosive destructive device was not registered to Defendant in the National Firearms Registration and Transfer Record.

          Respectfully submitted,

          DONALD S. BOYCE
          United States Attorney

          *s/Stephen B. Clark*
          STEPHEN B. CLARK
          Assistant United States Attorney
          Nine Executive Drive
          Fairview Heights, IL  62208
          (618) 628-3700
          Fax:  (618) 628-3720
          E-mail:  Stephen.Clark@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | NO.  15-CR-30145-NJR |
| | ) | |
| DAVID R. WILKEY, | ) | |
| | ) | |
| Defendant. | ) | |

I hereby certify that on June 15, 2017, I caused to be electronically filed:

**<u>GOVERNMENT'S STATEMENT OF FACTS</u>**

with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the attorney of record.

DONALD S. BOYCE
United States Attorney

*s/Stephen B. Clark*
STEPHEN B. CLARK

4